# UNITED STATES DISTRICT COURT

__EASTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **DEJWAN PAYNE** | Case Number: **4:03-CR-142(3) JMM** |
| | USM Number: 22982-009 |
| | Dale Adams (appointed) |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of __General, Special__ of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| General | Failure to refrain from use of illegal controlled substance | 6/29/05 |
| Special | Failure to report for scheduled drug screens | 7/14/05 |
| Special | Failure to keep mental health counseling appointments | 7/7/05 |

The defendant is sentenced as provided in pages 2 __2__ of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

☐ The defendant has not violated _____ and is discharged as to such violation(s)

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ***-**-1588

Defendant's Date of Birth: **/**/76

Defendant's Residence Address:

Little Rock, AR 72204

Defendant's Mailing Address:

Same

7/22/05
Date of Imposition of Judgment

*/s/ James M. Moody/*
Signature of Judge

James M. Moody                UNITED STATES DISTRICT JUDGE
Name and Title of Judge

7/26/05
Date

DEFINDANT: **DEJWAN PAYNE**
CASE         **4:03-CR-142(3) JMM**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be total term **12 MONTHS and 1 DAY**

**X** The court makes the following recommendations to the Bureau of Prisons:
**The defendant shall participate in the RDAP Intensive Drug Treatment Program and shall his mental health medication and treatment.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

**X** The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    **X** before 2 p.m. **8/29/05** .
    **X** as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL